AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
AUG 2 3 2021
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Ray Hurst Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No. C-21-1042-m<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 22, 2021__ in the county of __Kenedy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code § 1324 | Did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin Bittner, HSI, Special Agent
*Printed name and title*

Submitted by electronic means, sworn to,
signature attested telephonically
per Fed. R. Crim. P. 4.1 and probable cause found:

Date: August 23, 2021

City and state: Corpus Christi, Texas

*Judge's signature*

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On August 22, 2021, at approximately 12:50am hours, Border Patrol Agent (BPA) John Caligiuri was working primary at the Javier Vega Jr. United States Border Patrol (USBP) checkpoint. Assisting him was BPA Darin Blackwell and his canine partner Gaz.

At approximately 12:50 A.M. a tractor with Indiana license plate# 2358593 pulled into the primary lane with one visible occupant in the cab of the tractor. After identifying himself as a Border Patrol Agent, BPA Caligiuri questioned the driver, later identified as Michael Ray HURST Jr (HURST), about his citizenship. HURST stated that he was a U.S. citizen. While BPA Caligiuri was speaking to HURST, BPA Blackwell and his canine partner were conducting a free air sniff of the tractor and trailer. When BPA Caligiuri asked HURST what he was hauling, HURST replied that he was hauling a load of produce. Noticing that the trailer was a refrigerator unit, BPA Caligiuri asked HURST what temperature it was set to, and HURST replied that it was set to 50 degrees (Fahrenheit). Moving to the digital temperature display, BPA Caligiuri observed that the temperature inside the trailer was set for 50 degrees, but the actual temperature was showing 62.7 degrees. That amount of difference in temperature is very unusual and, based on BPA Caligiuri's training and experience, is consistent with having numerous warm bodies inside the trailer.

Before BPA Caligiuri could inform BPA Blackwell of his suspicions, BPA Blackwell indicated that his canine partner was providing a positive alert to the vehicle, and informed BPA Caligiuri that the vehicle needed to be sent to the secondary inspection area. BPA Caligiuri informed HURST that BPAs needed to search the truck and trailer and directed him to park in the secondary inspection area.

Once the vehicle was stopped in the secondary inspection area and the trailer was opened, 54 individuals were discovered inside. BPA S. Trevino established that all of the subjects were in the United States illegally. A 1 on 54 alien smuggling case was initiated, and all subjects were taken from the trailer into the Javier Vega Jr. USBP checkpoint for further questioning and processing.

HURST was read his Miranda rights via form I-214 in English. The rights were read by BPA Caligiuri and witnessed by BPA J. VanderVeen. HURST stated that he understood his rights but did not want to make a statement at this time. HURST did not request a lawyer.

At this time BPA Caligiuri contacted HSI Corpus Christi SA Kevin Bittner for HSI assistance. On August 22, 2021, at approximately 12:00pm (noon), HSI SAs Kevin Bittner and Agustin Olivarez responded to the checkpoint to assist in the investigation.

1

At approximately 1:30 pm, SAs Bittner and Olivarez initiated an interview with HURST. HURST was read his Miranda warnings, agreed to speak to agents without an attorney present, and signed the Miranda waiver form at approximately 1:50pm.

During the course of the interview, HURST provided a full confession. HURST stated he is the owner of a trucking company that has one truck (a semi cab without a trailer). A short time ago HURST's only truck "blew" its engine, forcing HURST to rent a truck while paying a large sum to repair his truck. Due to his decreased income, HURST decided to accept an offer from an unknown/unidentified subject to drive an 18-wheeler from the McAllen, Texas area to Houston.

HURST agreed to run multiple loads throughout the weekend of August 21 to August 23 from the McAllen area to Houston in exchange for $15,000 in U.S. currency. HURST stated he was paid $5,000 up front and was to receive the rest of the money in increments as he completed trips. $4,900 was recovered from the cab of the truck at the time of HURST's detention.

HURST stated after he picked up the trailer, he pulled the truck over on the side of a road in a remote area near McAllen surrounded by farms. HURST stated he was told to sit in the truck for a while and then was notified when to leave the side of the road. He was told not to exit the truck and to wait in the cab until he was told to drive.

HURST stated he was not explicitly told he would be smuggling undocumented non-citizens, but the subject who hired HURST had attempted to convince HURST to smuggle people in the past. HURST also stated he knew he was smuggling people in his trailer and that he was not transporting produce.

**Material Witnesses:**

Kerly Tatiana MONTALVAN-Maldonado (MONTALVAN), a citizen of Ecuador, was read her rights on form I-214 and agreed to speak with agents without a lawyer present. MONTALVAN stated she illegally crossed into the United States approximately five days ago at approximately 3:00 a.m. near Hidalgo, Texas. MONTALVAN crossed the river with seven or eight other people. MONTALVAN was taken to a house where she stayed for one or two hours and was subsequently transported to another house where she stayed for a few days. On August 21, 2021, MONTALVAN-Maldonado was picked up from the house and transported to a road where she was loaded into the trailer. There were already a lot of people inside the trailer and she did not have any food. MONTALVAN-Maldonado did not know how to get out of the trailer and feared for her life in case there was an accident. MONTALVAN stated she did not see the driver.

Antonio CASTELLANO-De Los Santos, a Mexican citizen, was read his rights on the form I-214. CASTELLANO-De Los Santos requested a lawyer and refused to give a statement.

2

Norma ZHIZHPON-Norma (ZHIZHPON), a citizen of Ecuador, was read her rights on form I-214 and agreed to speak with BPAs without a lawyer present. ZHIZHPON stated that she illegally crossed into the United States approximately one week ago at approximately 5:00 a.m. near Hidalgo, Texas. ZHIZHPON crossed the river with seven or eight other people. ZHIZHPON was taken to a house where she stayed for one or two hours. ZHIZHPON was then moved to another house where she stayed for a few days. On August 21, 2021, ZHIZHPON was picked up from the house and transported to a road where she was loaded into the trailer. There were a lot of people inside the trailer and she did not have any food. ZHIZHPON did not know how to get out of the trailer and feared for her life in case there was an accident. ZHIZHPON stated she did not see the driver.

All other undocumented aliens were interviewed, and no exculpatory statements were made.

SA Bittner contacted AUSA Yifei Zheng who accepted the case for prosecution against Michael HURST Jr. for violation of Title 8 U.S.C. § 1324 – Alien Smuggling.

Kevin Bittner

Homeland Security Investigations

Special Agent

Submitted by electronic means, sworn to, signature

attested telephonically per Fed. R. Crim. P. 4.1, and

probable cause found on this day August 23rd, 2021:

Jason B. Libby

United States Magistrate Judge

3