# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States of America )
v. )
Michael Ray Hurst Jr. )  Case No. C-21-1042-M
)
)
)
)

*Defendant(s)*

## AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following persons is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

| | |
|---|---|
| Kerly Tatiana MONTALVAN-Maldonado | Ecuador |
| Antonio CASTELLANO-De Los Santos | Mexico |
| ~~Norma ZHIZHPON-Norma~~ | Ecuador |

Norma Elizabeth Zhizhpon-Sumba amended per JBL on 8/24/21 DE 5

These material witnesses have admitted to being citizens of their respective countries listed above and have admitted belonging to a class of aliens who are deportable, being illegally present within the United States. Should they be released and returned to their native country, they may not be subject to extradition. Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

_____
*Complainant's signature*

Kevin Bittner    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to, Printed name and title signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: August 23, 2021

_____
*Judge's Signature*

City and State: Corpus Christi, Texas

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*